PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:04CR005225-01** |
| ) | |
| **KRYSTLE HELEN ARANT** ) | |
| ) | |

On February 4, 2005, the above-named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship
United States Probation Officer**

Dated:     January 2, 2008
           Visalia, California

**REVIEWED BY:**     /s/ Rick C. Louviere
                    **Rick C. Louviere
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    KRYSTLE HELEN ARANT**
**Docket Number:   1:04CR05225-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Krystle Helen Arant be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **January 2, 2008**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE